1 │ ROB BONTA
Attorney General of California
2 │ T. MICHELLE LAIRD
Senior Assistant Attorney General
3 │ JAMES G. WAIAN
Deputy Attorney General
4 │ ANDREW SANGSTER
Deputy Attorney General
5 │ NOEL A. FISCHER
Supervising Deputy Attorney General
6 │ State Bar No. 232553
  600 West Broadway, Suite 1800
7 │ P.O. Box 85266
San Diego, CA  92186-5266
8 │ Telephone:  (619) 738-9133
Fax:  (619) 645-2271
9 │ E-mail:  Noel.Fischer@doj.ca.gov
*Attorneys for Defendants*

10

11 │ IN THE UNITED STATES DISTRICT COURT

12 │ FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| **PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,**<br><br>                                    Defendants. | Case No.: 1:24-cv-01312-KES-BAM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE SIXTH, SEVENTH, AND EIGHTH CLAIMS FOR RELIEF IN THE FIRST AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(1) and 12(b)(6).]**<br><br>Date:            February 10, 2025<br>Time:            1:30 p.m.<br>Courtroom:    6<br>Judge:           The Hon. Kirk E. Sherriff<br>Action Filed:   September 27, 2024 |

        Defendants the State of California (State) and Gavin Newsom, as Governor of the State of California (collectively State Defendants), move this Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the sixth, seventh, and eighth claims for relief set forth in the First Amended Complaint for Declaratory and Injunctive Relief (Amended Complaint) filed by Plaintiff Picayune Rancheria of the Chukchansi Indians (Picayune or Tribe), upon the following independent grounds:

1   1.   The sixth, seventh, and eighth claims in the Amended Complaint should be dismissed

2   because they each are barred by the State's sovereign immunity and the State Defendants have

3   not waived immunity in connection with Picayune's state-law claims.  Fed. R. Civ. P. 12(b)(1),

4   12(b)(6).

5   2.   The sixth, seventh, and eighth claims in the Amended Complaint should be dismissed

6   because Picayune failed to plead Article III standing as to those claims.  Picayune prays for

7   declaratory relief, but the relief it seeks cannot provide it with concrete redress.  Fed. R. Civ. P.

8   12(b)(1), 12(b)(6).

9   3.   The sixth, seventh, and eighth claims in the Amended Complaint should be dismissed

10   because the claims fail to allege a cognizable legal theory against the State Defendants as they are

11   all premised on the Governor having an independent, mandatory duty arising under state law to

12   negotiate compacts in good faith.  As the sixth, seventh, and eighth claims are all premised upon a

13   duty under state law that does not exist, they all fail to state a claim upon which relief can be

14   granted.  Fed. R. Civ. P. 12(b)(6).

15   4.   The seventh and eighth claims in the Amended Complaint also each fail to state a

16   claim upon which relief can be granted and should be dismissed because they are based on

17   unaccepted compact offers that have no force and effect of law, and allege violations of statutory

18   provisions which allow the State to administer funds according to compact terms.  Fed. R. Civ. P.

19   12(b)(6).

20   5.   Even if this Court were to find that the sixth, seventh, and eighth claims in the

21   Amended Complaint are adequately pled, the claims, by their nature, raise novel and complex

22   issues of state law.  As determination of these complex state law issues is necessary for

23   consideration of the sixth, seventh, and eighth claims, this Court should decline to exercise

24   supplemental jurisdiction over these claims pursuant to 28 U.S.C. 1367(c)(1).  Fed. R. Civ. P.

25   12(b)(1).

26   The State Defendants move to dismiss the sixth, seventh, and eighth claims in the Amended

27   Complaint with prejudice, because they fail as a matter of law so that amendment would be futile.

28

Defs.' Notice of Mot. and Mot. To Dismiss
[1:24-cv-01312]

1    This motion is based on the pleadings, papers, and files in this matter, this notice of motion

2  and motion to dismiss, the supporting memorandum of points and authorities filed concurrently

3  herewith, and upon such other evidence and argument as the Court may entertain at the time of

4  any hearing of this motion.

5    This motion is made following the conference of counsel, pursuant to section I.C. of the

6  Standing Order in Civil Cases, which took place on November 12, 2024.  During the conference

7  of counsel, counsel for the State Defendants presented the substance of this motion to counsel for

8  the Tribe.  Counsel for the parties were not able to come to a resolution of the substantive issues

9  of the contemplated motion.  Counsel for the parties did agree to a proposed briefing schedule,

10  which will be submitted to the Court in a separate pleading.  Accordingly, counsel for the State

11  Defendants certify that meet and confer efforts by counsel were exhausted prior to the filing of

12  this motion.

13  Dated:  November 15, 2024                    Respectfully submitted,

14

15                                               ROB BONTA
                                                 Attorney General of California
16                                               T. MICHELLE LAIRD
                                                 Senior Assistant Attorney General
                                                 JAMES G. WAIAN
17                                               Deputy Attorney General
                                                 ANDREW SANGSTER
18                                               Deputy Attorney General

19                                                /s/ Noel A. Fischer

20                                               NOEL A. FISCHER
                                                 Supervising Deputy Attorney General
21                                               *Attorneys for Defendants*

22

23

24

25

26

27

28

Defs.' Notice of Mot. and Mot. To Dismiss
[1:24-cv-01312]