1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,**<br><br>Defendants. | Case No.: 1:24-cv-01312-KES-BAM<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>Doc. 20 |

1

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Lester J. Marston, attorney for plaintiff Picayune Rancheria of the Chukchansi Indians , on the one hand, and Noel A. Fischer, Supervising Deputy Attorney General, attorney for defendant Gavin Newsom, in his official capacity as Governor of the State of California, and defendant State of California, on the other hand, based on the following facts stipulate as set forth below.

1. The Tribe filed an amended complaint in this action on November 1, 2024.  Doc. 18.

2. The lead counsel for Picayune, Lester J. Marston, and counsel for the defendants participated in a telephonic conference on November 12, 2024.  The purpose of that conference was to discuss the defendants' intention to file a motion to dismiss the sixth, seventh, and eighth, claims of the amended complaint.  Counsel for the parties discussed the issues, law, and evidence regarding the proposed motion to dismiss.  Counsel also discussed the briefing schedule for the contemplated motion to dismiss.

3. Defendants filed a motion to dismiss the sixth, seventh, and eighth claims of the amended complaint on November 15, 2024, concurrently with this Stipulation and Proposed Order Regarding Briefing Schedule.

4. As a result of that conference, and due to the holidays and the attorneys' work schedules, the parties agree to the following proposed briefing schedule for subsequent filings related to the defendants' motion to dismiss and request that the Court enter an order approving the parties proposed schedule:

   1. Plaintiff's opposition to defendants' motion to dismiss shall be filed on or before January 13, 2025.
   2. Defendants' reply to plaintiff's opposition shall be filed on or before January 27, 2025.
   3. Defendants' motion to dismiss shall be scheduled to be heard on February 10, 2025, at 1:30 p.m., before the Honorable Kirk E. Sherriff, in Courtroom 6, or on any following date necessary to accommodate the proposed briefing schedule.

| | |
|---|---|
| DATED:  November 15, 2024 | Respectfully Submitted,<br><br>ROB BONTA<br>Attorney General of California<br>T. MICHELLE LAIRD<br>Senior Assistant Attorney General<br>JAMES G. WAIAN<br>Deputy Attorney General<br>ANDREW SANGSTER<br>Deputy Attorney General<br><br>*/s/ Noel A. Fischer*<br><br>NOEL A. FISCHER<br>Supervising Deputy Attorney General<br>Attorneys for Defendants |
| DATED:  November 15, 2024 | RAPPORT AND MARSTON<br><br>*/s/ Lester J. Marston (as authorized on November 15, 2024)*<br><br>LESTER J. MARSTON<br>Attorney for Plaintiff |

**ORDER**

Having received and considered the Stipulation Regarding Briefing Schedule filed by plaintiff Picayune Rancheria of the Chukchansi Indians and defendants Gavin Newsom and State of California, and good cause appearing, the Court hereby orders as follows:

1. Plaintiff's opposition to defendants' motion to dismiss shall be filed on or before January 13, 2025;
2. Defendants' reply to plaintiff's opposition shall be filed on or before January 27, 2025;
3. Defendants' motion to dismiss shall be scheduled to be heard on February 10, 2025, at 1:30 p.m., before the Honorable Kirk E. Sherriff, in Courtroom 6.

IT IS SO ORDERED.

Dated:   November 18, 2024

UNITED STATES DISTRICT JUDGE